# Court of Appeals
# of the State of Georgia

ATLANTA, July 14, 2016

*The Court of Appeals hereby passes the following order*

**A16I0243. JAMES A. GRAHAM v. ANTHONY REYNOLDS AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LAKEITHER MARIE THOMAS et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

154153



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, July 14, 2016.

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.